UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAMUEL G.[1] | Civ. No. 23-1757 (SDW) |
| Plaintiff, | **ORDER CLOSING** |
| v. | September 15, 2023 |
| COMMISSIONER OF SOCIAL SECURITY | |
| Defendant. | |

**WIGENTON**, District Judge.

This Court having granted a 60-day extension of time for Plaintiff to file his brief on June 23, 2023;

And Plaintiff having failed to file his brief;

**IT IS**, on this 15th day of September, 2023,

**ORDERED** that this matter is hereby dismissed with prejudice, and it is further

**ORDERED** that this matter be closed.

**SO ORDERED.**

                                                    *s/Susan D. Wigenton*
                                                 Hon. Susan D. Wigenton
                                                 United States District Judge

Orig:   Clerk
cc:     Parties

---

[1] Plaintiff is identified only by her first name and last initial, pursuant to Standing Order 2021-10, issued on October 1, 2021, *available at* https://www.njd.uscourts.gov/sites/njd/files/SO21-10.pdf.